

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><div align="right">PLAINTIFF</div><br>v.<br><br>JOHN VO<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>8:18-MJ-00050<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of ___Defendant_____ , IT IS ORDERED that a detention hearing is set for _____Monday, February 12_____ , __2018_____ , at __3:00____ ☐a.m. / ☒p.m. before the Honorable _____Jay C. Gandhi_____ , in Courtroom ___6A_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
<div align="center">*(Other custodial officer)*</div>

Dated: _____February 9, 2018_____

_____
Jay C. Gandhi, U.S. Magistrate Judge

---